UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENDELL ROBERTS,

        Petitioner,

v.                                                                       Case Number 08-13362-BC
                                                                                                Honorable Thomas L. Ludington

THOMAS K. BELL,

        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Opinion and Order entered on this date;

It is **ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED WITH PREJUDICE.**

It is further **ORDERED AND ADJUDGED** that judgment is entered in favor of Respondent and against Petitioner.

                                                                    s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge

Dated: March 9, 2011

---

**PROOF OF SERVICE**
The undersigned certifies that a copy of the foregoing order was served upon each attorney record herein by electronic means and on Kendall Roberts, #514435, at Robert G. Cotton Correctional Facility, 3510 N. Elm Street, Jackson, MI 49201 by first class U.S. mail on March 9, 2011.
                                              s/Tracy A. Jacobs
                                              TRACY A. JACOBS